# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KATELYN HARRISON

VERSUS

GREAT WEST CASUALTY COMPANY,
EUGENE ENGLISH WRIGHT
TRANSPORTATION, INC., AND
WILLIAM SHERRARD

NO.   2023 CW 0532

**AUGUST 14, 2023**

---

In Re:   Wright Transportation, Inc., applying for supervisory
writs, 19th Judicial District Court, Parish of East
Baton Rouge, No. 695256.

---

**BEFORE:   McCLENDON, HESTER, AND MILLER, JJ.**

**WRIT DISMISSED AS MOOT.**   This writ application is
dismissed, pursuant to relator's correspondence filed on July
18, 2023, advising that "a settlement in the underlying personal
injury actions was reached that disposes of the entire cause"
and that its writ "is now moot."

**PMc**
**CHH**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT